**Christopher FRANK, Petitioner— Appellant,**

v.

**Terry O'BRIEN, Warden, Respondent— Appellee.**

No. 11–7693.

United States Court of Appeals, Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 30, 2012.

Christopher Frank, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Frank, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find *no reversible error.* Accordingly, we affirm for the reasons stated by the district court. *Frank v. O'Brien,* No. 2:11–cv–00045–JPB–DJJ, 2011 WL 6090279 (N.D.W.Va. Dec. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*